ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Apr 09, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:26-cr-00047 DJC |
| Plaintiff, | 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C § 922(o) – Possession of a Machinegun; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| TIMOTHY CROWDER, | |
| Defendant. | |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms]

The Grand Jury charges: T H A T

TIMOTHY CROWDER,

defendant herein, beginning at a time unknown, but no later than on or about March 6, 2025, and continuing through at least on or about July 3, 2025, in the County of San Joaquin, State and Eastern District of California, and elsewhere, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

///

///

INDICTMENT

1

COUNT TWO: [18 U.S.C. § 922(o) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

TIMOTHY CROWDER,

defendant herein, on or about July 3, 2025, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally transfer and possess a machinegun, that is, a weapon installed with an auto-sear hole in the lower receiver and an auto-switch device for converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.      Upon conviction of one or more of the offenses alleged in Counts One and Two this Indictment, defendant TIMOTHY CROWDER shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2.      If any property subject to forfeiture, as a result of the offense alleged in Counts One and Two of this Indictment, for which defendant is convicted:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///
///
///
///

INDICTMENT

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_Eric Grant_

ERIC GRANT
United States Attorney

INDICTMENT

3

*No.* __2:26-cr-00047 DJC__

<span style="color:red">**SEALED**</span>

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

## TIMOTHY CROWDER

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 922(a)(1)(A) Unlawful Dealing in Firearms;
18 U.S.C § 922(o) Possession of a Machinegun;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ___9th___ *day*

*of* ___April___ *, A.D. 2026*

_____/s/ J. Murphy_____
*Clerk.*

*Bail, $* ___Bench warrant to issue; bail TBD at IA___

_____
U.S. Magistrate Judge

GPO 863 525


SEALED

2:26-cr-00047 DJC

## United States v. Timothy Crowder
### Penalties for Indictment


**COUNT 1:**

VIOLATION:      18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:      Maximum of up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)


**COUNT 2:**

VIOLATION:      18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun

PENALTIES:      Maximum of up to 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)


FORFEITURE ALLEGATION

VIOLATION:      18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:      As stated in the charging document