UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| :---: |
| April 29, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TIMOTHY CROWDER,

        Defendant.

Case No.  2:26-cr-00047-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIMOTHY CROWDER, Case No. 2:26-cr-00047-DJC, Charge 18 U.S.C § 922(a)(1)(A), from custody for the following reasons:

       Release on Personal Recognizance

 X  Bail Posted in the Sum of $ 5,000.00.

      X    Unsecured Appearance Bond $ 5,000.00.

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

      X    (Other): The Defendant shall report to the Pretrial Services Agency for further processing on 4/30/2026 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a

 X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 29, 2026 at 2:27 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson