ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:26-CR-00047-DJC |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: June 11, 2026 |
| TIMOTHY CROWDER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Timothy Crowder, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on June 11, 2026.

2.      By this stipulation, the parties now move to continue the status conference to August 20, 2026, at 9:00 AM.

3.      Counsel for defendant recently joined this case and requests more time to review discovery which includes numerous videos, photographs, documents, and reports.

4.      The government does not oppose the requested continuance.

5.      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 11, 2026; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense counsel's request for

STIPULATION RE CONTINUANCE OF STATUS                    1

more time to review discovery.

6.      Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.


IT IS SO STIPULATED.



Dated:  June 2, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ *NICOLE M. VANEK*
                                                        NICOLE M. VANEK
                                                        Assistant United States Attorney



Dated: June 2, 2026                                     /s/ *Meghan McLoughlin*
                                                        MEGHAN McLOUGHLIN
                                                        Counsel for Defendant
                                                        TIMOTHY CROWDER




**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of June, 2026.


                                                        /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE